IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-MJ-1394-KS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>NATHAN M. PUCKETT, )<br>)<br>Defendant. ) | **ORDER** |

During trial on May 31, 2022, Defendant orally moved to dismiss during presentation of evidence by the Government in its case-in-chief. After hearing Defendant's motion, the court ordered that the trial be held in abeyance pending a status conference scheduled for June 9, 2022.

After conducting a status conference with both parties via telephone on June 9, 2022, the court hereby ORDERS that Defendant's written brief supporting his motion to dismiss shall be filed by July 11, 2022; the Government's response brief shall be filed by July 25, 2022; and the matter be set for a status and scheduling conference on August 10, 2022, during the court's term of court in Fayetteville, North Carolina.

Any delay that results from this order is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A), the court finding that

the interests of justice served by the additional time required to receive briefing from the parties regarding Defendant's motion to dismiss outweigh the best interests of the public and defendant in a speedy trial.

This 9th day of June 2022.

_____
KIMBERLY A. SWANK
United States Magistrate Judge